UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YVONNE FROST,

            Plaintiff,

    -against-

NYC M.T.A.; *et al.*,

            Defendants.

19-CV-10003 (CM)

CIVIL JUDGMENT

    Pursuant to the order issued November 12, 2019, dismissing the complaint,

    IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(i).

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

    IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   November 12, 2019
          New York, New York

                                     COLLEEN McMAHON
                                     Chief United States District Judge